UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DISTRICT COUNCIL NO. 9 INTERNATIONAL :
UNION OF PAINTERS AND ALLIED TRADES, :
A.F.L.-C.I.O.                        :  24-CV-09797 (JAV)
                                     :
            Petitioner,       :  ORDER
                                     :
    -v-                              :
                                     :
                                     :
PHOENIX INTERIOR CONTRACTING,        :
                                     X
           Respondent.
-------------------------------------------------------------------
JEANNETTE A. VARGAS, United States District Judge:

      On December 19, 2024, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **January 17, 2025**. Respondent's opposition, if any, is due on **February 7, 2025**. Petitioner's reply, if any, is due **February 14, 2025**.

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **January 17, 2025**, and shall file an affidavit of such service with the court no later than **January 21, 2025**.

      SO ORDERED.

Dated: December 27, 2024
       New York, New York

                                                                                  JEANNETTE A. VARGAS
                                                                              United States District Judge